UNITED STATES OF AMERICA
U.S. DISTRICT COURT -- EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHIGAN URGENT CARE &
PRIMARY CARE PHYSICIANS, P.C.,

                                                                  Case No. 2:15-cv-12388-VAR-RSW

    Plaintiff,

-vs-

NORTHWOOD ADVANTAGE, LLC,
doing business as CARE CONNECTION PLUS,
and JOHN DOES 1-10,

    Defendants.

## Notice of Voluntary Dismissal

Plaintiff dismisses its individual claims against Defendant with prejudice and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs.

                              Respectfully Submitted,

                              ADAM G. TAUB & ASSOCIATES
                              CONSUMER LAW GROUP, PLC

                        By:    s/ Adam G. Taub
                                  Adam G. Taub (P48703)
                                  Attorney for Plaintiff
                                  17200 West 10 Mile Rd. Suite 200
                                  Southfield, MI 48075
                                  Phone:  (248) 746-3790
                                  Email:   adamgtaub@clgplc.net

Dated: August 10, 2015

## Certificate of Service

My name is Adam G. Taub and I am an officer of this Court. On August 10, 2015, I served all parties entitled to notice with the foregoing document via CM/ECF filing to each record email address.

          Respectfully Submitted,

          ADAM G. TAUB & ASSOCIATES
          CONSUMER LAW GROUP, PLC

          By:    /s/ Adam G. Taub
                    Adam G. Taub (P48703)
                    Attorney for Plaintiff
                    17200 West 10 Mile Rd. Suite 200
                    Southfield, MI 48075
                    Phone:  (248) 746-3790
                    Email:   adamgtaub@clgplc.net

Dated: August 10, 2015