UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Michigan Urgent Care & Primary
Care Physicians, P.C.,

    Plaintiff,

vs                                                   Case No: 15-12388
                                                   Honorable Victoria A. Roberts

Northwood Advantage, LLC., et al,

    Defendants.
_____/

## ORDER OF DISMISSAL

Pursuant to the Notice of Voluntary Dismissal (Doc. #8), this case is dismissed without prejudice, and each party bearing its own costs.

**IT IS ORDERED.**

                                                               /s/ Victoria A. Roberts
                                                                Victoria A. Roberts
                                                               United States District Judge

Dated: August 10, 2015

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on August 10, 2015.

s/Linda Vertriest
Deputy Clerk